

October 29, 2021

**By ECF**

The Honorable P. Kevin Castel
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 11D
New York, NY 10007

> Application granted and proposed schedule adopted. The preliminary injunction hearing is adjourned from November 9 to November 23 at 3 p.m.
> SO ORDERED.
> 11/1/21
>
> _____
> P. Kevin Castel
> United States District Judge

Re:  *SEC v. Gallagher*, No. 1:21-cv-08739-PKC

Dear Judge Castel:

    I write on behalf of Defendant Steven M. Gallagher, and with the consent of Plaintiff Securities and Exchange Commission (SEC), to request that the show cause hearing currently scheduled for November 9, 2021 (*see* Dkt. No. 11) be adjourned for two weeks, until November 23, 2021. Consistent with that adjournment, I further request that Defendant's opposing papers to the Order to Show Cause be filed no later than 5:00 pm on November 18, 2021, and Plaintiff's reply papers be filed no later than 5:00 pm on November 22, 2021. The October 26, 2021 Order (Dkt. No. 11) would otherwise remain in effect during this adjournment.

    We have very recently been retained as counsel to Mr. Gallagher and need additional time to consult with the client, prepare for the hearing, review the 105 provided exhibits filed in support of the temporary restraining order, and potentially reach a resolution with the SEC that would negate the need for a hearing.

    Neither party has made any prior adjournment requests.

    We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Eric Rosen*
Eric Rosen
ROCHE FREEDMAN LLP
99 Park Avenue, Suite 1910
New York, New York 10016
(617) 977-4163
erosen@rochefreedman.com

CC: Counsel of Record

---

ROCHE FREEDMAN LLP

99 Park Avenue, Suite 1910, New York, NY 10016 | (t) (646) 350-0527 | www.rochefreedman.com