# EXHIBIT A



Alexander Delarge 655321 🔒
@AlexDelarge6553

Again! I will never say sell a stock. Or when I sell. But I will say always take profits! Always secure free shares. Add dips. Be confident. And always buy $spom.

9:55 AM · Jul 6, 2020 · Twitter for Android

3 Retweets   29 Likes



Alexander Delarge 655321 🔒
@AlexDelarge6553

Replying to @RamroTrading @rambb12 and @meihuaxu

You want sales gains? I will never say sells. For panic otc reasons. Always take profits. If I say sell and. Who am i? We all have our own plans. Buy dips sell rips. Basic. I'm not smart ! That's why I follow smart people

7:08 PM · Jun 26, 2020 · Twitter for Android



Alexander Delarge 655321 🔒
@AlexDelarge6553

Twitter people I will always give my favorite picks the #1 rule is to take profits when you can! I'll never say sell a stock! Because that would hurt people! Always sell small blocks not to hurt you or others! The name of the game is making money. Go $spom $xtrm $rssv $opti $ttcm

1



**Alexander Delarge 655321** @AlexDelarge6553 · Feb 7, 2021
My list, and alerts! DD ill provide lots but you need to buy what you like. Take profits Ill **never say sell** or i sold. that would hurt investors. Look thru my feed. https://t.co/0EJpkzFvGB ⌐

**Alexander Delarge 655321** @AlexDelarge6553 · Feb 20, 2021
I **never say sell**! ever! Why? that hurts people! Today because of all the Idiot vocal bashers! I sold 100 OTC stocks! Bashers win. most will lose! Idiots think they are helping! Brought attention to themselves! https://t.co/o0oBqm7Ave ⌐



**Alexander Delarge 655321** @AlexDelarge6553 · Oct 1, 2021
Traders please stop asking if I still own a stock! It's annoying I never **say sell** or sold. For obvious reasons. I've never asked a trader that question. https://t.co/qpeycTCu7T ⌐



**Alexander Delarge 655321** @AlexDelarge6553 · Jul 15, 2021
There is no way id ever **say sell**! The #1 rule is never **say sell**! This is to prove a point. People don't get it! https://t.co/XL4jM6xWlt ⌐



**Alexander Delarge 655321** @AlexDelarge6553 · Jun 29, 2021
Every stock I buy Is long until something changes. It all depends on price action always shave profits small and buy dips and repeat. I never **say sell** for obvious reasons. https://t.co/qautQor0Pd ⌐

⟲ 2          ♡ 39

 **Alexander Delarge 655321** @AlexDelarge6553 · Jan 23, 2021
Tina its important to always take profits! Yes I take profits by selling smart or i
don't sell! Selling at the stock price or higher. Selling at the bid hurts others! I'll
never **say sell** or sold a stock! That hurts people invested! I buy red days sell
small on rip days and repeat https://t.co/sWVRdI3wm6

♺ 5      ♡ 62

View on Twitter