# **EXHIBIT D**



**Alexander Delarge 655321** @AlexDelarge6553 · Dec 21, 2020
My $alpp confidence! Not selling a share!! This makes up for that big losers stock the other day!! $alpp will up list and we will see multi dollar run!! Whos with me? https://t.co/HMLH5Z9JKC

## ALPP (125,000 shares) @ 1.96
Market value: $245,000.00
Total Gain: 114,487.40 87.72%

Detailed Quote

Add to Position

Reduce Position

⟲ 2    ♡ 91

View on Twitter

 **Alexander Delarge 655321** @AlexDelarge6553 · Dec 3, 2020
$cbdd alerted this a couple months ago. My normal OTC gamble is 3k per investment! 3k is now 34k 900% gains haven't sold a share! Also none as a 9 bagger! I Love this stock! https://t.co/hXVHUG5jAT

# CBDD (2,186,324 shares) @ 0.0158
Market value: $34,543.92
Total Gain: 31,089.53  900.00%

**Detailed Quote**

**Add to Position**

**Reduce Position**

⟲ 3    ♡ 138

View on Twitter



**Alexander Delarge 655321** @AlexDelarge6553 · Dec 4, 2020

$wdlf for those who think I'm lying about adding now! Not sure why people think I have a negative agenda! I have money! Just trying to help! And KILL CANCER! Best of luck all! https://t.co/OFe0lAzvK5

# WDLF (3,000,000 shares) @ 0.0017

Market value: $5,040.00

Total Gain: 206.54 4.27%

Detailed Quote

Add to Position

Reduce Position

↻ 8    ♡ 177

View on Twitter



**Alexander Delarge 655321** @AlexDelarge6553 · Dec 10, 2020
My $tsnp cofindence! Adding .16s for life all in! https://t.co/gBwHrYit8w

# TSNP (1,014,250 shares) @ 0.1684
Market value: $171,408.25
Total Gain: 3,382.74 2.01%

**Detailed Quote**

**Add to Position**

**Reduce Position**

⟲ 6      ♡ 193

View on Twitter



