# EXHIBIT G

## Summary of Mr. Gallagher Trades's in ALPP in 2020

| DATE | DESCRIPTION | QUANTITY | CUMULATIVE QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 12/8/2020 | Bought 10000 ALPP @ 0.525 | 10000 | 10,000 | 0.525 | -5256.95 |
| 12/15/2020 | Bought 10000 ALPP @ 1.105 | 10000 | 20,000 | 1.105 | -11056.95 |
| 12/16/2020 | Bought 3951 ALPP @ 1.09 | 3951 | 23,951 | 1.09 | -4313.54 |
| 12/16/2020 | Bought 12429 ALPP @ 1.0899 | 12429 | 36,380 | 1.0899 | -13546.37 |
| 12/16/2020 | Bought 3620 ALPP @ 1.08 | 3620 | 40,000 | 1.08 | -3909.6 |
| 12/16/2020 | Bought 12848 ALPP @ 1.05 | 12848 | 52,848 | 1.05 | -13497.35 |
| 12/16/2020 | Bought 37152 ALPP @ 1.07 | 37152 | 90,000 | 1.07 | -39759.59 |
| 12/16/2020 | Bought 9560 ALPP @ 1.03 | 9560 | 99,560 | 1.03 | -9853.75 |
| 12/16/2020 | Bought 440 ALPP @ 1.02 | 440 | 100,000 | 1.02 | -448.8 |
| 12/17/2020 | Bought 10000 ALPP @ 1 | 10000 | 110,000 | 1 | -10006.95 |
| 12/18/2020 | Bought 5000 ALPP @ 1.18 | 5000 | 115,000 | 1.18 | -5906.95 |
| 12/18/2020 | Bought 5000 ALPP @ 1.19 | 5000 | 120,000 | 1.19 | -5956.95 |
| 12/21/2020 | Bought 4900 ALPP @ 1.4 | 4900 | 124,900 | 1.4 | -6866.95 |
| 12/21/2020 | Bought 100 ALPP @ 1.39 | 100 | 125,000 | 1.39 | -139 |
| 12/22/2020 | Sold 100 ALPP @ 2.5 | 100 | 125,100 | 2.5 | 243.03 |
| 12/22/2020 | Sold 1900 ALPP @ 2.48 | 1900 | 123,200 | 2.48 | 4711.67 |
| 12/22/2020 | Sold 2000 ALPP @ 2.53 | 2000 | 121,200 | 2.53 | 5052.7 |
| 12/22/2020 | Sold 2000 ALPP @ 2.52 | 2000 | 119,200 | 2.52 | 5032.7 |
| 12/22/2020 | Sold 2000 ALPP @ 2.45 | 2000 | 117,200 | 2.45 | 4892.7 |
| 12/22/2020 | Sold 2000 ALPP @ 2.43 | 2000 | 115,200 | 2.43 | 4852.7 |
| 12/29/2020 | Bought 1000 ALPP @ 3.99 | 1000 | 116,200 | 3.99 | -3996.95 |
| 12/30/2020 | Bought 900 ALPP @ 3.85 | 900 | 117,100 | 3.85 | -3471.95 |
| 12/30/2020 | Bought 100 ALPP @ 3.84 | 100 | 117,200 | 3.84 | -384 |
| 12/30/2020 | Bought 1000 ALPP @ 3.93 | 1000 | 118,200 | 3.93 | -3936.95 |
| 12/30/2020 | Bought 900 ALPP @ 3.89 | 900 | 119,100 | 3.89 | -3507.95 |
| 12/30/2020 | Bought 1100 ALPP @ 3.9 | 1100 | 120,200 | 3.9 | -4296.95 |
| 12/31/2020 | Bought 479 ALPP @ 3.42 | 479 | 120,679 | 3.42 | -1645.13 |
| 12/31/2020 | Bought 521 ALPP @ 3.41 | 521 | 121,200 | 3.41 | -1776.61 |