# EXHIBIT H



**Alexander Delarge 655321** @AlexDelarge6553 · Dec 21, 2020

My $alpp confidence! Not selling a share!! This makes up for that big losers stock the other day!! $alpp will up list and we will see multi dollar run!! Whos with me? https://t.co/HMLH5Z9JKC

**ALPP (125,000 shares) @ 1.96**
Market value: $245,000.00
Total Gain: 114,487.40 87.72%

Detailed Quote

Add to Position

Reduce Position

2    91

View on Twitter

2



**Alexander Delarge 655321** @AlexDelarge6553 · Dec 24, 2020
My $alpp confidence I show this to show. No dumping and how confident I am in the future NASDAQ trading company! https://t.co/Xu9zWKFCuE

# ALPP (115,000 shares) @ 3.13
Market value: $357,650.00
Total Gain: 232,387.40 185.52%

**Detailed Quote**

**Add to Position**

**Reduce Position**

↻ 3   ♡ 106

View on Twitter

3



**Alexander Delarge 655321** @AlexDelarge6553 · Jan 23, 2021

Stocks I hold huge portions I add red days and sell small chunks on **rip** days! These are my favorite runners

1 $alpp

2 $tsnp

3 $enzc

4 $cbbt

5 $atvk

This is how to make money in the OTC

I never say the sell word!

But we are here to make money

Sell smart! Sell the ask! https://t.co/7MUhDtIzI7

3