

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

NEW YORK
REGIONAL OFFICE

June 15, 2022

**By ECF**

Honorable P. Kevin Castel
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 11D
New York, N.Y. 10007

Terminated as moot.
SO ORDERED.
Dated:  6/30/2022

*P. Kevin Castel*
P. Kevin Castel
United States District Judge

Re: <u>SEC v. Gallagher- 21-cv-8739 (PKC)</u>

Dear Judge Castel:

  Plaintiff Securities and Exchange Commission respectfully submits this letter to request the Court's permission, *nunc pro tunc,* to file the SEC's Response, Dkt. 53, to Defendant Steven Gallagher's Pre-Motion Letter Seeking Permission to File a Motion to Lift Stipulated Preliminary Injunction, Dkt. 51, approximately 45 minutes after its June 14, 2022 due date.  The delay was the result of additional time the SEC needed to finalize the content and formatting of the letter.  The SEC apologizes for not meeting the Court's deadline and for any inconvenience to the Court or the Defendant caused by this delay.

              Respectfully submitted,

              <u>/s/ Kevin P. McGrath</u>
              Kevin P. McGrath
              Senior Trial Counsel
              Securities and Exchange Commission

Cc. Eric Rosen, Esq.