# EXHIBIT A

# Exhibit of Selection of Mr. Gallagher Tweets Disclosing His Sales and Advising Others to Sell and Take Profit









Not if my stop loss is set at $100k profit! Can't lose! Are you not in this position?

6:52 PM · Jan 8, 2021 · Twitter for Android

2





1:35 PM · Dec 12, 2020 from Holland, OH · Twitter for Android

4

**Alexander Delarge 655321**
@AlexDelarge6553

My buys today $parsd 3k shares $byoc 2 mill $aapl 600 shares $evus 700k $mlfb 2 mill shares and $spom 100k!
sold some of my big gainers to make these buys cant say what I sold! That's on you! Make money all



11:44 AM · Aug 5, 2020 · Twitter for Android