UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,                21-cv-8739 (PKC)

     -against-                           <u>ORDER</u>

STEVEN M. GALLAGHER,

                Defendant.
-----------------------------------------------------------------x

CASTEL, U.S.D.J.

        The Court will not foreclose defendant from filing his motion. The schedule is as follows: file motion to dismiss by October 26, 2022, file response by November 30, 2022, and file reply by December 16, 2022.

        SO ORDERED.

                                           P. Kevin Castel
                                     United States District Judge

Dated: New York, New York
         October 6, 2022