# EXHIBIT A

| Ticker (SAC Paragraphs) | SEC-Calculated | Alleged Affirmative Mistatements (Quoted from SAC) | Alleged Statements that Gallagher Caused Price Increase From Tweets |
|---|---|---|---|
| AFOM (34-39, 133-158) | $46,700 | None. Dismissal in its entirety. | None. |
| AHFD (159-165) | $1,700 | None. Dismissal in its entirety. | None. |
| ALPP (166-250) | $471,200 | Paragraph 174: My $alpp confidence! Not selling a share!! . . . Paragraph 181: "$ALPP LOADED 10K MORE SHARES!! And "IM HOLDING FOR $10 BUCKS A SHARE ILL BE ADDING ALL DAY!" Paragraph 192: "I been loading so much cheap $alpp you really should as well… buy red enjoy long term wealth."" | None. |
| ARST ( 251-273) | $14,200 | None. Dismissal in its entirety. | None. |
| ASTA (274-288) | $46,500 | None. Dismissal in its entirety. | None. |
| ATOS (289-298) | $53,500 | Paragraph 294: "On February 3, 2021, Gallagher tweeted: "$atos im very heavy in!"; and tweeted that he had bought thirty thousand shares (instead of twenty-one thousand shares)." | None. |
| AZFL (299-312) | $6,700 | None. Dismissal in its entirety. | None. |
| BBDA (313-334 ) | $7,200 | Paragraph 330: Gallagher also tweeted: "$bbda longs win here. I been adding dips" as well as "$bbda it's coming!" | None. |
| BFCH (335-359) | $55,600 | None. Dismissal in its entirety. | None. |
| BLSP (360-383) | $48,000 | None. Dismissal in its entirety. | None. |
| BMIX (384-401) | $56,000 | None. Dismissal in its entirety. | None. |
| BNGO (402-420) | $96,700 | None. Dismissal in its entirety. | None. |
| BOTY (421-434) | $36,000 | None. Dismissal in its entirety. | None. |
| BRNW (435-451) | $29,600 | None. Dismissal in its entirety. | None. |
| BZWR (121-130, 452-505)) | $155,200 | None. Dismissal in its entirety. | None. |
| CBBT (506-556) | $84,600 | None. Dismissal in its entirety. | None. |

| | | | |
|---|---|---|---|
| CBDD (557-584) | $36,800 | Paragraph 566: ". . .on December 3, 2020, "$cbdd alerted this a couple months ago. My normal OTC gamble is 3k per investment! 3k is now 34k 900% gains haven't sold a share! Also none as a 9 bagger! I Love this stock!" <br> Paragraph 567: Gallagher's representation that he had not sold a share of CBDD was false because he sold shares of CBDD on November 17, 2020 and December 1, 2020. | None. |
| CGAC (585-589) | $600 | None. Dismissal in its entirety. | None. |
| CGLD (590-601) | $13,300 | None. Dismissal in its entirety. | None. |
| CHNC (602-627) | $46,900 | Paragraph 605. On January 12, 2021, Gallagher tweeted "$chnc bought this today!!" (he had actually bought the day prior). [Neither material nor fraudulently made] <br> Paragraph 613: On January 19, 2021, Gallagher tweeted a misleading tweet: "$chnc!! Who panic sold? Not me!!!" In reality, over the prior five days, Gallagher had sold over 55% of his holdings, undisclosed, while touting CHNC to his readers and followers. | 612. This price increase occurred over the same period of time that Gallagher touted CHNC through his tweets, as described above, and the most recent corporate press release was dated November 14, 2018. CHNC's quarterly report published on January 15 could not account for the increase in share price over the prior four days. |
| CMGO (628-647) | $6,000 | None. Dismissal in its entirety. | None. |
| COUV (648-668) | $41,500 | Paragraph 659: On December 16, 2020, Gallagher bought 200,000 shares of COUV for $0.0330. After buying the COUV shares, Gallagher tweeted "i loaded $couv again on this merger news!! possible future alert!". Gallagher's tweet was misleading since COUV had not issued any corporate news regarding a merger. Rather, COUV announced, on December 16, 2020, that it had entered into a Letter of Intent to acquire a private company. | None. |
| CSLI (669-690) | $11,800 | None. Dismissal in its entirety. | None. |
| DCLT (691-710) | $7,000 | None. Dismissal in its entirety. | None. |
| DKGR (711-720) | $4,500 | None. Dismissal in its entirety. | None. |

| | | | |
|---|---|---|---|
| DPLS (738-788) | $87,400 | Paragraph 784: On July 17, 2021, Gallagher falsely tweeted, in response to another tweet: "$dpls much respect! Buying more!" In fact, Gallagher's last purchase of DPLS was on June 25, 2021 and he did not buy more shares of DPLS after this tweet.<br>Paragraph 786: On July 19, 2021, Gallagher again tweeted a false statement that he had purchased more DPLS: "Got some cheap $dpls. That'll double, quick." | None. |
| DRNK (721-737) | $42,400 | Paragraph 733: On April 9, 2021, Gallagher again falsely tweeted, "I have not sold a share of $drnk . . .". This was false given that Gallagher had sold DRNK shares two days earlier. | None. |
| DSGT (789-820) | $20,500 | None | None. |
| EHOS (821-838) | $21,500 | None. | Paragraph 831. On February 9, 2020, the adjusted close of EHOS was $0.0011 per share. The adjusted close on February 10 — the day Gallagher tweeted his "$EHOS WINK — was $0.0022 per share. This represents a 100% increase share price which appears attributable to Gallagher's tweet. |
| ENZC (839-921) | $159,800 | Paragraph 871: Later the same day [Oct. 13 2020], Gallagher tweeted a tout that included ENZC: "$enzc still holding strong and adding here".<br>Paragraph 879 "Gallagher's tweet that "Never have I alerted a stock and sold" and "I hold 90% lnog…" was false and misleading. For example, in just ENZC alone, Gallagher repeatedly sent alerts encouraging people to buy ENZC and he sold large quantities of ENZC within one or two days thereafter." | None. |
| EVTI (922-937) | $24,200 | None. Dismissal in its entirety. | None. |

| Ticker | Amount | Dismissal | Notes |
|---|---|---|---|
| EVUS (938-956) | $2,700 | None. Dismissal in its entirety. | Paragraph 953: On November 11, 2020, at about 4:05 p.m., Gallagher tweeted: "Alerts $evus up 12% after". This is understood to be Gallagher representing that his tweets and DMs raised EVUS's share price 12%. At about 4:36 p.m., Gallagher tweeted a buy tout list with "$evus charging". |
| GEGP (957-960) | $800 | None. Dismissal in its entirety. | None. |
| GHST (961-977) | $10,300 | None. Dismissal in its entirety. | None. |
| GLCO (978-989) | $16,000 | None. Dismissal in its entirety. | None. |
| GTLL (990-1003) | $27,900 | None. Dismissal in its entirety. | None. |
| HDII (1004-1121) | $77,500 | None. Dismissal in its entirety. | None. |
| INND (1122-1139) | $30,000 | Paragraph 1138: On February 19, 2021, at 8:50 a.m., Gallagher tweeted: "RT @[Twitter user]: No more bashing my stocks. Yes, NASDAQ approved [ ] $INND...Yes, $INND is my #1 play right now." Gallagher is understood to have used the phrase "NASDAQ approved" to entice his followers and readers to buy INND shares on his representation that INND would uplist to Nasdaq. This was misleading; INND is currently still traded on OTC Link and had not released a corporate press release announcing that it was "Nasdaq approved". | None. |
| INQD (1140-1156) | $36,300 | None. Dismissal in its entirety. | None. |
| IPWG (1157-1197) | $38,500 | None. Dismissal in its entirety. | Paragraph 1175: Gallagher's statement in his February 9, 2021 tweet: "$ipwg up 53% alerted Alerts higher after alerted" is understood to be an admission by Gallagher that his February 9 tweet alerts caused IPWG's price per share to rise 53%. |
| JADA (1198-1217) | $4,700 | None. Dismissal in its entirety. | None. |

| | | | |
|---|---|---|---|
| LFER (1218-1236) | $15,800 | None. Dismissal in its entirety. | None. |
| LMFA (1237-1248) | $41,400 | Paragraph 1244: ""i'm holding free shares of $LMFA ill hold a while i like what I see." Gallagher sold all his shares the next day. | None. |
| MEDT (1249-1266) | $10,200 | None. Dismissal in its entirety. | None. |
| NOHO (1267-1293) | $28,200 | None. Dismissal in its entirety. | None. |
| NTLK (1294-1318) | $38,400 | None. Dismissal in its entirety. | None. |
| PDPR (74-90) | $116,000 | None. Dismissal in its entirety. | None. |
| PHBI (1319-1338) | $31,700 | None. Dismissal in its entirety. | None. |
| PTTN (1339-1358) | $23,300 | None. Dismissal in its entirety. | None. |
| SCIE (47-73) | $22,000 | Paragraph 61: "Throughout his selling on January 28, 2021 and continuing until well into the evening, Gallagher tweeted multiple touts encouraging his readers to buy SCIE shares. For example, he tweeted, "help please spread this word. We all need to know. $scie #buyscie", "My $scie #buyscie order filled averaging up for the team! Buy smart sell smart we all win. FYI haven't sold a share. . . ." Paragraph 63: "While Gallagher was selling his shares of SCIE on January 29, he tweeted buy or hold touts about SCIE approximately 15 times. For example, Gallagher tweeted: "yes i'm holding $scie. it benefits me in no way to sell. . . ."; "$scie ill hold!"; and "Yes, I'm in $scie it was my team play!". | None. |
| SHOM (1359-1382) | $46,800 | None. Dismissal in its entirety. | None. |

| | | | |
|---|---|---|---|
| SPOM (91-120, 1383-1544) | $197,500 | Paragraph 1389: On May 6, 2020, the very day Gallagher sold, undisclosed, 55,000 shares of SPOM, approximately 3% of his holdings of SPOM, at prices from $0.153 to $0.174 per share, he specifically —and falsely— tweeted to his readers and followers that he wasn't selling: "@ I'm not selling this thing isn't stopping up list soon, jump in tomorrow it got peoples attention today. go $spom easily going over a buck". <br><br>Paragraph 1443. On July 15, 2020, at 2:56 p.m., after these sell orders had all executed, Gallagher tweeted: "oh shit I hit sell at 16 cents that was a $spom mistake" and minutes later: "Ok 105k buy order at 16 cents I really hope this fills $spom." Gallagher, in fact, never entered a subsequent order to buy 105,000 shares of SPOM. Gallagher's after-the-fact disclosure of his sale —and characterization of it as a mistake— is understood as an attempt to mislead his readers and followers who may have seen his sale hit the tape. | None. |

| | | | |
|---|---|---|---|
| TLSS (1545-1584) | $40,900 | Paragraph 1554. On May 26, 2020, Gallagher also falsely tweeted: "…I'm not selling $tlss . . . I'm holding well over 30 cents and then will only sell a bit to secure gains and hold for dollars . . .". Gallagher's statement "holding well over 30 cents" is understood to be him representing he would be holding his shares until the price per share of TLSS was "well over 30 cents" and then sell "a bit" but hold his remaining shares until the share price was over $1. At market close on May 26, 2020, TLSS was trading at $0.15 per share.<br><br>Paragraph 1556. On May 27, 2020, from 12:25 p.m. through 3:53 p.m., Gallagher sold, undisclosed, 55,000 shares of TLSS, approximately 5% of his holdings of TLSS, at prices from $0.2031 to $0.243 per share.<br><br>Paragraph 1563. On May 30, 2020, Gallagher tweeted, "$tlss is now a hold these are buys i haven't sold and will buy . . .". | None. |
| TSNP (1585-1627) | $298,900 | None. Dismissal in its entirety. | None. |
| TSOI (1673-1691) | $28,000 | None. Dismissal in its entirety. | None. |
| TXTM (1692-1735) | $86,590 | None. Dismissal in its entirety. | None. |
| UAPC (1736-1764) | $25,100 | None. Dismissal in its entirety. | None. |
| WTII (1765-1811) | $112,500 | Paragraph 1799: After the market closed Gallagher falsely tweeted: "$wtii I bid sit and accumulating! Cheap. Love atmospheric tech." In fact, at this time, he was selling shares of WTII, not accumulating them. | None. |

| | | | Paragraph 1827: On September 2, 2020, Gallagher also tweeted: "Allerts were awesome today. $xtrm up 80% after alerted . . .". This is understood to be Gallagher claiming credit for his alert having raised XTRM's price per share. |
|---|---|---|---|
| XTRM (1812-1847) | $36,100 | None. Dismissal in its entirety. | |