# EXHIBIT B









2







4









6















10

**CaptBob2112** @CaptBob2112 · Aug 3, 2020
Replying to @AlexDelarge6553
Do you have a formula/theory/rule for selling some to take profits?

I hear ya can't go broke making a profit, but what you can leave on the table can keep ya up at night!

I sold some $OPTI when I was up 200%
Now I'm up over 3000% with remainder!

Made $$ on the sale
but damn!!

♡ 1    ↻    ♡ 6    ↑

**Alexander Delarge 655321** 🔒 @AlexDelarge6553 · Aug 3, 2020
100% i normally sell half! and take free shares. but some runners like $xtrm $rssv $vmnt these will keep running IMO so flirting with disaster but being up 700% gives me time. i go by feel mostly

♡ 1    ↻ 1    ♡ 18    ↑

Show replies

11







🔒    View on Twitter

 **Alexander Delarge 655321** @AlexDelarge6553 · Apr 29, 2021
$gvsi 15 bagger! Wish i had my original 26 million! **Profits** be **profits** holding 1.1 mill shares long! https://t.co/dn0L2cGjji

> GVSI (1,100,000 shares) @ **0.0373**
> Market value: $41,030.00
> Total Gain: 38,390.00  1,454.17%
>
> Detailed Quote

 **Alexander Delarge 655321** @AlexDelarge6553 · Apr 13, 2021
$pvdg call me dumb or loyal! Went to buy the dip and sold 100k on accident! I will sell if red in December to offset my 3.5 million in **profits** this year. $pvdg news hasnt hit yet. And will be adding to 10 million I like good round numbers. I got time and money. Zero worries. https://t.co/W17rDTzFL2

> PVDG (7,400,000 shares) @ **0.0198**
> Market value: $146,520.00
> Total Gain: -346,525.00  -70.28%

14








**Alexander Delarge 655321** @AlexDelarge6553 · Feb 7, 2021
My list, and alerts! DD ill provide lots but you need to buy what you like. Take profits Ill never **say sell** or i sold. that would hurt investors. Look thru my feed.
https://t.co/0EJpkzFvGB

↻ 8   ♡ 89

View on Twitter



**Alexander Delarge 655321** @AlexDelarge6553 · Feb 20, 2021
I never **say sell**! ever! Why? that hurts people! Today because of all the Idiot voca bashers! I sold 100 OTC stocks! Bashers win. most will lose! Idiots think they are helping! Brought attention to themselves! https://t.co/o0oBqm7Ave



16



17





18