# EXHIBIT C









**Alexander Delarge 655321** @AlexDelarge6553 · Jun 29, 2021
Tequila Nectar of the gods! https://t.co/dEQ46kjcPl

17 0    ♡ 16

View on Twitter



**Alexander Delarge 655321** @AlexDelarge6553 · Aug 6, 2020
As I sit here doing a shot of my favorite tequilla "**patron**" I reflect. That the 2nd quad anually $spom week starts as a tear forms in my drunk eye! I love you $spom ers! https://t.co/2I6m6SAVi4



17 1    ♡ 24

View on Twitter



**Alexander Delarge 655321** @AlexDelarge6553 · Jun 22, 2020
Sure seems like people are looking for a reason to buy $vrus. I wonder what would help this process. Any ideas? I'm **not smart**. https://t.co/LFywguZ3Fi



⟲ 0    ♡ 4



**Alexander Delarge 655321** @AlexDelarge6553 · Dec 22, 2020
Follow @iholdbagz He brought this to me early!! Thats how I find good stuff by following Smart traders!! I'm **not smart!** $mjlb smart https://t.co/9PQY2uKGyg

⟲ 1    ♡ 4

View on Twitter