# EXHIBIT D



**Alexander Delarge 655321** @AlexDelarge6553 · Jan 27, 2021
$scie alerted today! Cancer killing with patents. #buyscie cheap **gamble**. We'll get them current! When this stock price rises. https://t.co/V5eK2468S4

↻ 7    ♡ 52

View on Twitter



**Alexander Delarge 655321** @AlexDelarge6553 · Dec 3, 2020
$cbdd alerted this a couple months ago. My normal OTC **gamble** is 3k per investment! 3k is now 34k 900% gains haven't sold a share! Also none as a 9 bagger! I Love this stock! https://t.co/hXVHUG5jAT

> CBDD (2,186,324 shares) @ 0.0158
> Market value: $34,543.92
> Total Gain: 31,089.53  900.00%



**Alexander Delarge 655321** @AlexDelarge6553 · Oct 9, 2020
My thoughts! its a cheap **gamble**. $abce puts out a good PR we soar!! I like to soar!! ill be adding 5 million shares at these prices if possible. trips, I'm in bigger!! https://t.co/QMQ5mA2PEX

↻ 1    ♡ 10


**Alexander Delarge 655321** @AlexDelarge6553 · Aug 12, 2020
$spom very well could be up 100% tomorrow. Just saying! And 2000% next week and now under a qtr! Cheap **gamble** im thinking! But I love $spom!!!
https://t.co/B5vM6a0RiW




**Alexander Delarge 655321** @AlexDelarge6553 · Jul 10, 2020
Aother **gamble**r! $vrus turn around starts now! https://t.co/9nbeRtjFGb

⟲ 2    ♡ 9

View on Twitter


**Alexander Delarge 655321** @AlexDelarge6553 · May 28, 2020
Alert very cheap runner $ftxp buy some foothills was a penny not long ago. There gonna strike oil .
.0005 great **gamble**

⟲ 1    ♡ 2



Tweet

Alexander Delarge 655321
@AlexDelarge6553

What a day opened up $450k runs down to -$250k now back to even! gambling at its best!! Big green coming I feel it!! Great alerts coming!! I like green! Hate red!

**Alexander Delarge 655321**
@AlexDelarge6553

My success in OTC put 3k into good cheap promising looking stocks. Exmp. $enzc $tsnp $cbdd $xtrm $rssv $vmnt $alpp just a few past trips or close runners of 1000% to 20000% 1 real winner makes up for 100s of losers. If you don't know OTC 95% scams. You just need one good winner.



GIF #SchittsCreek

10:13 AM · Dec 12, 2020 from Holland, OH · Twitter for Android

**3** Retweets   **6** Quote Tweets   **198** Likes



**Alexander Delarge 655321** 🛍
@AlexDelarge6553

OTC stocks? Most are bankrupt! Most are scams! I'm not a professional trader! I do my best to find the hidden Gems! Please do your own DD I share what IMO have great upside! But overall I've been right more than wrong learning as I go! Goals help others and KILL CANCER!

9:49 AM · Feb 21, 2021 · Twitter for Android

5 Retweets   1 Quote Tweet   252 Likes