

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

DIVISION OF
ENFORCEMENT

February 5, 2025

**Application Granted.**
**SO ORDERED.**
**Dated: 2/5/2025**

BY ECF

Hon. P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

_P. Kevin Castel_
United States District Judge

   *Re: SEC v. Gallagher, 21-cv-8739-PKC-GWG*

Dear Judge Castel:

Plaintiff Securities and Exchange Commission ("SEC") respectfully submits this letter requesting that the Court allow it to oppose the Defendant's motions *in limine* in a single brief not to exceed 75 pages. Defendant consents to this request. The next scheduled Court appearance in this matter is March 12, 2025, when the parties are scheduled to be before the Court for the final pretrial conference.

The Defendant filed his motions *in limine* in Docket Nos. 151-164, and included multiple exhibit attachments, for a total of thirty-one entries on the Court's docket in this matter on January 31, 2025. For his memoranda of law, he submitted a total of over 120 pages of briefing in Docket Nos. 152, 154, 156, 158, 160, 162, and 164. The SEC plans to respond to all of the motions *in limine* in a single brief, for the convenience of the Court. We request that our page limit be increased from 25 pages to 75 pages, to accommodate the fact that we are addressing seven briefs and over 120 pages. Our opposition is due on February 14, 2025.

            Respectfully submitted,

            __/s/ Abigail Rosen_____
            Abigail Rosen
            Trial Counsel

cc:  Eric Rosen, Esq., counsel for Gallagher (by ECF)