

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

DIVISION OF
ENFORCEMENT

February 21, 2025

**BY ECF**

Hon. P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re: *SEC v. Gallagher,* 21-cv-8739-PKG-GWG

Dear Judge Castel:

    Plaintiff Securities and Exchange Commission ("SEC") writes to respectfully request that the current April 8, 2025 trial date be rescheduled, consistent with the Court's previous order vacating April 7, 2025 as the original trial date. (Dkt. 135.) The next conference in this matter is the final pretrial conference scheduled for March 12, 2025. Defendant Steven M. Gallagher ("Gallagher") does not consent to this request.

    On October 2, 2024, the Court originally set a trial date of April 7, 2025. (Dkt. 118 at 16:24–25.) On October 4, 2024, the SEC requested that the Court vacate the April 7, 2025 trial date because it conflicted with "already-ticketed international travel and upcoming parental leave" for two different members of the SEC's three-member trial team. (Dkt. 117.) The SEC proposed an earlier date for trial, March 10, 2025, and submitted a proposed scheduling order for pretrial submissions. (*Id.*) Defendant Gallagher consented to the SEC's proposed earlier trial date and schedule. (Dkt. 133.) On November 7, 2024, the Court entered a new scheduling order in which the Court vacated the April 7, 2025 trial date, adopted the SEC's proposed scheduling order for pretrial submissions, but did not set a date for trial. (Dkt. 135.) Between December 20, 2024 and February 19, 2025, the parties filed motions *in limine* and a Joint Pretrial Order in accordance with the November 7, 2024 scheduling order. (Dkts. 144–46, 150–64, 173–74, 178.)

    On February 20, 2025, the Court entered an order which, among other things, set a new trial date for April 8, 2025. (Dkt. 180.) For the same reasons that the SEC previously requested the Court reschedule the original April 7, 2025 trial date, the SEC respectfully requests that the Court reschedule the current April 8, 2025 trial date. Two of the three members of the SEC's trial team are not available for a trial that begins on April 8. Specifically, Ms. Rosen will be travelling to Japan from April 11 through 22. In

*[Handwritten annotation:]* Kindly explain forthwith the lack of availability of Ms. Rosen from June 19 and June 29.
SO ORDERED
/s/ [Castel]
USDJ
2-25-25

Hon. Kevin Castel
February 21, 2025
Page 2

addition, Mr. DiBattista is expecting his second child on March 21, 2025.[1] Mr. DiBattista's wife will be delivering via C-section, and she will be under medical restrictions that inhibit her ability to fully ambulate or carry Mr. DiBattista's two-year old child for at least six weeks. As such, Mr. DiBattista will need to remain at home to care for his wife and children following the birth. Mr. DiBattista is scheduled to be on sick and paternity leave starting on March 21 (at the latest) until approximately July 27, 2025.

If the Court determines that a trial date before Mr. DiBattista returns from parental leave in late July is necessary, Mr. DiBattista expects that he can be prepared to temporarily return from leave to begin trial on May 5, 2025 or later.[2] Therefore, the SEC respectfully requests that the Court vacate the current April 8, 2025 trial date and reschedule trial to begin when counsel for the SEC is available, either on or after July 27, 2025 or May 5, 2025. The SEC thanks the Court for its consideration of this request.

Respectfully submitted,

/s/ *Michael S. DiBattista*
Abigail Rosen
David Stoelting
Michael DiBattista
Securities and Exchange Commission
Attorneys for Plaintiff

cc (via ECF):   Eric Rosen/Kimberly Jones
                Attorneys for Defendant

---

[1] The due date for Mr. DiBattista's second child was originally March 30, 2025, but Mr. DiBattista's wife is now scheduled for a C-section on March 21, 2025. The March 21 date was chosen based on the SEC's understanding that the Court had rejected the parties' previously proposed March 10 start date for trial. (*See* Dkt. 135.) Because of the earlier c-section date, Mr. DiBattista is now unable to start a trial on the originally proposed March 10 date.

[2] Ms. Rosen will also be unavailable between June 19 and June 29, 2025.