UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,

                               Plaintiff,                   21-cv-8739 (PKC)

    -against-                                     ORDER

STEVEN M. GALLAGHER,

                               Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Upon application of the SEC, the trial date of April 8, 2025 is VACATED. Jury selection, followed by opening statements and testimony, and trial will commence on September 8, 2025 at 10 a.m. In view of the move of the trial date, the Final Pre-Trial Conference will be adjourned from March 12, 2025 to July 16, 2025 at 2 p.m.

        The parties are required to meet and confer face to face for no less than two hours prior to March 14, 2025 on testimonial and factual stipulations that will obviate the need for some live witnesses. The parties shall report the results of their meet and confer by March 21, 2025.

        The date for submission of hour proposals (see ECF 180) is extended to May 2, 2025 for the SEC and May 9, 2025 for defendant.

        The Clerk is requested to terminate the motion at ECF 181.

        SO ORDERED.

                                                        P. Kevin Castel
                                               United States District Judge

Dated: New York, New York
          February 27, 2025