UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SECURITIES AND EXCHANGE
COMMISSION,

                        Plaintiff,                        21-cv-8739 (PKC)

                -against-                            ORDER

STEVEN M. GALLAGHER, a/k/a "Alexander
Delarge 655321,"

                      Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.,

        The Court has not decided whether any testimony of Kaitlyn Gallagher will be admissible at the trial of the action. The Court will, however, require that she be produced for a three-hour deposition between now and 1:00 p.m. EDT (beginning time) on September 4.

        With regard to the witness living in "rural Michigan," in order to determine whether there is "good cause in compelling circumstances," the Court will require a declaration from the individual about his age, health, and specific location and any other relevant circumstance. The State of Michigan is fortunate to have a large number of airports. The Court assumes defendant is paying for the costs associated with the attendance of his witness. The Court takes notice that one hotel chain (Marriott) has rooms in lower Manhattan during the trial for $358 per night.

        SO ORDERED.

*P. Kevin Castel*
P. Kevin Castel
United States District Judge

Dated: New York, New York
       August 27, 2025