Court Ex. 12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

            Plaintiff,

-against-

STEVEN M. GALLAGHER, a/k/a "Alexander Delarge 655321,"

           Defendant.

21-cv-8739 (PKC)

**SPECIAL VERDICT**

---

Please answer the questions in accordance with the Court's instructions.

1. **FIRST CLAIM:**

   a. Has the plaintiff SEC proven by a preponderance of the evidence the elements of the Fraudulent Conduct claim against defendant Steven M. Gallagher? *If Yes, continue to question 1(b).*

       Yes __X__      No _____

   b. Has the plaintiff SEC proven by a preponderance of the evidence the elements of the Fraudulent Conduct claim against defendant Steven M. Gallagher with respect to all 31 stocks presented at trial? *If No, continue to page 2.*

       Yes __X__      No _____

2. **SECOND CLAIM:**

   a. Has the plaintiff SEC proven by a preponderance of the evidence the elements of the Manipulative Trading claim against defendant Steven M. Gallagher with respect to SPOM?

       Yes __X__      No _____

   b. Has the plaintiff SEC proven by a preponderance of the evidence the elements of the Manipulative Trading claim against defendant Steven M. Gallagher with respect to BZWR?

       Yes __X__      No _____

If you answered NO to Question 1(b), please indicate whether the jury finds that the plaintiff has proven by a preponderance of the evidence its Fraudulent Conduct claim against defendant Steven M. Gallagher with respect to the following stocks:

| No. | Ticker | Yes | No |
|---|---|---|---|
| 1 | AFOM | | |
| 2 | ALPP | | |
| 3 | ARST | | |
| 4 | BBDA | | |
| 5 | BFCH | | |
| 6 | BLSP | | |
| 7 | BZWR | | |
| 8 | CBBT | | |
| 9 | CBDD | | |
| 10 | CHNC | | |
| 11 | COUV | | |
| 12 | DPLS | | |
| 13 | DRNK | | |
| 14 | EHOS | | |
| 15 | ENZC | | |
| 16 | HDII | | |
| 17 | INND | | |
| 18 | IPWG | | |
| 19 | LMFA | | |
| 20 | MEDT | | |
| 21 | NTLK | | |
| 22 | PDPR | | |
| 23 | PHBI | | |
| 24 | SCIE | | |
| 25 | SHOM | | |
| 26 | SPOM | | |
| 27 | TLSS | | |
| 28 | TSNP | | |
| 29 | TXTM | | |
| 30 | WTII | | |
| 31 | XTRM | | |

_____
Foreperson

19 September 2025
Date