**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**STEVEN M. GALLAGHER, a/k/a "Alexander Delarge 655321,"**<br><br>**Defendant.** | **No. 1:21-cv-8739-PKC** |

## ORDER DIRECTING THE SEC TO TRANSFER FUNDS TO UNITED STATES TREASURY

WHEREAS, on July 1, 2026, the Court entered a Final Judgment as to Defendant Steven M. Gallagher (ECF No. 293) that, among other things, ordered Gallagher to pay disgorgement and penalty to the SEC of $1,728,791;

WHEREAS, Plaintiff Securities and Exchange Commission filed a letter stating that Gallagher has satisfied his payment obligation under the Final Judgment, that the SEC is currently holding $1,728,791 received from Gallagher, and that the SEC has determined that a distribution plan for these funds is not feasible (ECF No. 294);

**THEREFORE, IT IS HEREBY ORDERED** that the SEC shall transfer to the United States Treasury the $1,728,791 received from Gallagher pursuant to the Final Judgment.

UNITED STATES DISTRICT JUDGE

9-1-26